1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON LAB SOLUTIONS, INC., | Case No. 2:22-cv-04461-MCS-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CUSTOMARRAY, INC., | |
| Defendant. | |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m),

IT IS ADJUDGED that this case is dismissed without prejudice. Plaintiff Hanson Lab Solutions, Inc., shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: October 31, 2022

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1